UNITED STATES BANKRUPTCY COURT      *Form E:  Joint Status Report*

FOR THE DISTRICT OF RHODE ISLAND      THREE PAGE DOCUMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: Wanda Grant

                                                     :           BK No. 21-10066

                          Debtor(s)     :        Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### JOINT LOSS MITIGATION STATUS REPORT

Date: November 23, 2021

The Debtor(s) requested loss mitigation as to the ____first_____ mortgage on the real property located at _____107-111 Donelson Street, Providence, Rhode Island_____ on _____with ___Selene Finance__ (the "Creditor").

The Court entered a loss mitigation order on: ___February 17, 2021___.

The Creditor filed its contact information on ___April 12, 2021_____.

The Debtor(s) submitted a loan modification application to the Creditor on _____.

If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on _____, or if not yet due, will file the certificate with the Court by the due date of _____.

### *Current Status:*

Please complete one:

        The most recent status hearing was held on _____.

        The parties have filed a proposed Consent Order (Form F) on May 17, 2022 which the Court entered in lieu of holding a status hearing.

Actions Required:

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

Did the Debtor(s) comply with all ordered deadlines? ___Yes___ If No, provide a full explanation of why the deadlines were not met.

<div style="border:1px solid black; height:2em;"></div>

Did the Creditor comply with all ordered deadlines? ___Yes_____ If No, provide a full explanation of why the deadlines were not met

> The lender has completed its review and has denied the debtor's request for a loan modification. The parties disagree as to what income should be included in household income and are working to resolve the dispute. The parties seek a continuance to work out the dispute.

Outstanding Document Request:

The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by _____:

### *Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To*

Please indicate as applicable:

The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on _____; OR

The parties have agreed to a permanent or temporary loan modification. _____

If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:

> The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or
>
> _____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.

If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.

### *Consent Order*

The parties _____ attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

| Debtor(s) | Creditor |
|---|---|
| By counsel: | By counsel: |

| | |
|---|---|
| */s/ \_\_Michael Zabelin\_\_\_\_\_* | */s/ \_Lynda Laing_____* |
| Attorney Name and Bar No. | Attorney Name and Bar No. 3082 |
| 56 Pine Street, 4th Floor | One Davol Square, Ste. 305 |
| Providence, RI 02903 | Providence, RI 02903 |
| mzabelin@rils.org | llaing@straussfactor.com |

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].